No. 483, Misc. GOODWIN *v.* UNITED STATES;

No. 484, Misc. VAUGHN *v.* UNITED STATES; and

No. 603, Misc. WILLIAMS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. Reported below: 121 U. S. App. D. C. 9, 347 F. 2d 793.

No. 529, Misc. MITCHELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 566, Misc. KEATON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 580, Misc. SCOTT *v.* MACDOUGALL ET AL. Sup. Ct. S. C. Certiorari denied.

No. 599, Misc. HUNT *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 606, Misc. TAHTINEN *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 622, Misc. GOMEZ *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 620, Misc. COLTER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.